**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
**In The Court of Appeals**

Derrick Haigler, Appellant,

v.

South Carolina Department of Corrections, Respondent.

Appellate Case No. 2011-200266

Appeal From The Administrative Law Court
Carolyn C. Matthews, Administrative Law Court Judge

Unpublished Opinion No. 2012-UP-497
Submitted August 1, 2012 – Filed August 29, 2012

**AFFIRMED**

Derrick Haigler, pro se.

Christopher D. Florian, of the South Carolina Department
of Corrections, of Columbia, for Respondent.

**PER CURIAM:** Affirmed[1] pursuant to Rule 220(b), SCACR, and the following authorities: *Al-Shabazz v. State*, 338 S.C. 354, 379, 527 S.E.2d 742, 755 (2000) (noting an appellate court's review of the Administrative Law Court's (ALC) decision must be confined to the record); ALC Rule 60(A) ("Unless otherwise

---

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.

ordered, the party first noticing the appeal shall file an original brief within sixty-five (65) days after the date of assignment."); ALC Rule 62 ("Upon motion of any party, or on its own motion, an [ALC] may dismiss an appeal for failure to comply with any of the rules of procedure for appeals . . . .").

**AFFIRMED.**

**FEW, C.J., and WILLIAMS and PIEPER, JJ., concur.**